E-filing

FILED

08 JUL 16 AM 10:33

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 Name COTTONHAM, MARK
     (Last)     (First)     (Initial)

4 Prisoner Number #232613Y SF #377495  S.F. County Jail

5 Institutional Address 850 Bryant St. San Fran. CA 94103

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Mark A Cottonham
(Enter the full name of plaintiff in this action.)

vs.

Superior Court of the State
of California for the City &
County of San Francisco
District Attorney office
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 3419 VRW (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies.

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement Hall of Justus CJ2 850 Bryant st

   B.   Is there a grievance procedure in this institution?

        YES (X)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES (X)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT       - 1 -

1. Informal appeal _I WROTE DIERECTLY TO DEPT 15_

2. First formal level _I ALSO WROTE STRATE TO THE JUDGE AND INFORM MY ATTORNEY_

3. Second formal level _I THEN WROTE UP MY OWN MOTION TRYING TO GET MY CASE HEARD_

4. Third formal level _I TOLD MY NEW ATTORNEY TO PUT IN A 170.6 FOR A NEW JUDGE_

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

   A. Write your name and your present address. Do the same for additional plaintiffs, if any.

   _MARK Cottonham #232613P 850 BRYANT ST SAN FRANCISCO CA 94103 County Jail 2_

   B. Write the full name of each defendant, his or her official position, and his or her place of employment.

   _SUPERIOR COURT OF THE STATE OF CALIFORNIA_

COMPLAINT                          - 2 -

1 IN the City & County of SAN FRANCISCO
2 Marcus Gilory District Attorney office
3 850 Bryant St SanFrancisco CA 94103 #230
4

5 III.    Statement of Claim.
6 State here as briefly as possible the facts of your case. Be sure to describe how each
7 defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 separate numbered paragraph.
10 ON 4-1-08 I WAS ARRESTED IN COURT BY MY PROBATION
11 officer Before I had a Chance to see the Judge. I've
12 Got EVIEDENCE's, That ONCE HEARD By JUDGE, The Courts
13 would have to Let me Go, My PROBATION is BEING REVOKED
14 For Not going TO Court ORDER COUNSELING, I've Got
15 A letter From The PLACE I WAS Supposed TO go For Counse-
16 ling Stating That I DID GO Also I had A Follow up App-
17 OINTMENT, MY Complent is that, They (courts) keep putting
18 My HEARING off AND Keepping me in JAIL Dept 15 Judge
19 MARY MORGAN Has Put off MY CASE NOW 12 TIMES FOR NO RE-
20 ASON I've BEEN IN custody NOW FOR 110 DAYS, with out
21 My CASE Being Heard I Filed A 170.6 To Get out of Her
22 Court Room, But the next court put my Hearing off Anoth-
ER 3 weeks
23 IV.    Relief.
24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I would Like MY CASE To BE HEARD SO I MAY
27 Produc MY EVIEDENCE so the Court CAN SEE
28 That I WAS GOING TO MY COUNSELING.

COMPLAINT                           - 3 -

1. I NEED MY DAY IN COURT WITHOUT THE JUDGE
2. OR DISTRICT ATTORNEY OR PROBATION DEPT Putting
3. IT OFF JUST TO KEEP ME IN JAIL (if they Don't
4. Allow ME IN COURT) I WANT A $100.00 A DAY FOR PUNITIVE DAMAGES

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __JULY__, 20_08_

_____
(Plaintiff's signature)

COMPLAINT        - 4 -

MARK Cottonham #2326/3V
860 Bryant ST
SAN FRANCISCO CA 94103

To Clerk of the U.S. District Courts of Northern District
of California.
450 Golden Gate Ave. Box 36060
SAN FRANCISCO CA 94102