FILED

08 JUL 16 AM 10: 35

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK Cottonham )
                 Plaintiff, ) CASE NO. CV 08 3419
                              )
        vs.                   ) PRISONER'S
Superior Court of the State of ) APPLICATION TO PROCEED
California for the City & County ) IN FORMA PAUPERIS
of San Francisco              )
                 Defendant.   )

VRW

(PR

I, Mark Cottonham, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __—0—_____ Net: __—0—_____

Employer: _____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____N/A_____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                             Yes ___  No ✓
14      d.   Pensions, annuities, or                    Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ ___0___            Net $ ___0___
28  4.    a.   List amount you contribute to your spouse's support: $ ___0___

1      b.    List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $ -0-   Amount of Mortgage: $ -0-
9  6.   Do you own an automobile?   Yes ___ No ✓
10 Make -0-   Year -0-   Model -0-
11 Is it financed? Yes ___ No ✓   If so, Total due: $ _____
12 Monthly Payment: $ -0-
13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: -0-
15 _____
16 Present balance(s): $ -0-
17 Do you own any cash? Yes ___ No ✓ Amount: $ -0-
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ -0-   Utilities: -0-
23 Food: $ -0-   Clothing: -0-
24 Charge Accounts:
25 Name of Account   Monthly Payment   Total Owed on This Acct.
26 _____ $ -0- $ -0-
27 _____ $ -0- $ -0-
28 _____ $ -0- $ -0-

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-2-08                             [signature]

DATE                               SIGNATURE OF APPLICANT

Date : 07/01/2008
Time : 11:48

## Account Activity Ledger

From : 04/02/2000   To : 07/01/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2326138 | Name COTTONHAM, MARK | | Block | | | | Previous Balance | | 0.00 |
| Initial Entry | 07/25/2007 | 17:29 | B#222457 | 698292 | D | | 37.63 | | 37.63 |
| Sales Transaction | 08/01/2007 | 05:09 | I#258516 | | I | 27.78 | | | 9.85 |
| | 08/03/2007 | 15:17 | B#224195 | 701986 | D | | 45.00 | | 54.85 |
| . | 08/04/2007 | 13:16 | B#224423 | 702442 | D | | 100.00 | | 154.85 |
| Sales Transaction | 08/08/2007 | 05:01 | I#259696 | | I | 80.71 | | | 74.14 |
| | 08/08/2007 | 09:50 | B#225304 | 704314 | D | | 200.00 | | 274.14 |
| Sales Transaction | 08/15/2007 | 05:10 | I#260896 | | I | 97.34 | | | 176.80 |
| WINDOW | 08/17/2007 | 15:14 | B#227378 | 708726 | D | | 35.00 | | 211.80 |
| Sales Transaction | 08/22/2007 | 05:27 | I#262110 | | I | 66.91 | | | 144.89 |
| | 08/22/2007 | 16:52 | B#228306 | 711142 | D | | 50.00 | | 194.89 |
| | 08/27/2007 | 22:53 | B#229226 | 713264 | D | | 30.00 | | 224.89 |
| Sales Transaction | 08/29/2007 | 05:21 | I#263281 | | I | 92.62 | | | 132.27 |
| Sales Transaction | 09/05/2007 | 05:27 | I#264418 | | I | 98.46 | | | 33.81 |
| | 09/11/2007 | 17:12 | B#232575 | 720422 | D | | 40.00 | | 73.81 |
| Sales Transaction | 09/12/2007 | 05:37 | I#265645 | | I | 57.24 | | | 16.57 |
| | 09/12/2007 | 12:00 | B#232788 | 720852 | D | | 50.00 | | 66.57 |
| Sales Transaction | 09/19/2007 | 05:34 | I#266853 | | I | 30.69 | | | 35.88 |
| | 09/28/2007 | 11:32 | B#236253 | 728154 | D | | 60.00 | | 95.88 |
| | 10/01/2007 | 13:19 | B#236801 | 729256 | D | | 50.00 | | 145.88 |
| Sales Transaction | 10/03/2007 | 05:05 | I#269286 | | I | 33.79 | | | 112.09 |
| timothy norris | 10/06/2007 | 22:21 | B#238117 | 732128 | D | | 100.00 | | 212.09 |
| timothy norris | 10/06/2007 | 22:23 | B#238118 | 732130 | D | | 100.00 | | 312.09 |
| Sales Transaction | 10/10/2007 | 05:34 | I#270407 | | I | 100.78 | | | 211.31 |
| Sales Transaction | 10/17/2007 | 04:51 | I#271603 | | I | 78.56 | | | 132.75 |
| Sales Transaction | 10/24/2007 | 05:23 | I#272774 | | I | 55.87 | | | 76.88 |
| sa cottonham/ us pos | 10/27/2007 | 20:21 | B#242656 | 741892 | D | | 100.00 | | 176.88 |
| Sales Transaction | 10/31/2007 | 05:03 | I#273947 | | I | 77.76 | | | 99.12 |
| Sales Transaction | 11/07/2007 | 06:11 | I#275095 | | I | 52.64 | | | 46.48 |
| WIN-SHIRLEY COTTONHA | 11/13/2007 | 09:39 | B#246368 | 749840 | D | | 100.00 | | 146.48 |
| Sales Transaction | 11/14/2007 | 06:53 | I#276339 | | I | 84.55 | | | 61.93 |
| Sales Transaction | 11/15/2007 | 04:36 | I#276540 | | I | -64.55 | | | 126.48 |
| LEFT BY TIMOTHY NORR | 11/20/2007 | 11:19 | B#248229 | 753736 | D | | 160.00 | | 286.48 |
| Sales Transaction | 11/21/2007 | 05:41 | I#277948 | | I | 10.09 | | | 276.39 |
| Sales Transaction | 11/23/2007 | 13:18 | I#278222 | | I | -10.09 | | | 286.48 |
| Sales Transaction | 11/28/2007 | 07:46 | I#278696 | | I | 45.88 | | | 240.60 |
| Sales Transaction | 12/05/2007 | 06:32 | I#279913 | | I | 36.03 | | | 204.57 |
| Sales Transaction | 12/12/2007 | 06:38 | I#281127 | | I | 86.96 | | | 117.61 |
| Released 12/18/2007 | 12/18/2007 | 19:24 | B#254632 | 767261 | W | | | -67.61 | 50.00 |
| Released 12/18/2007 | 12/18/2007 | 19:24 | B#254632 | 767263 | W | | | -50.00 | 0.00 |
| INTAKE | 01/16/2008 | 21:53 | B#261643 | 781828 | D | | 539.00 | | 539.00 |
| Sales Transaction | 01/23/2008 | 04:49 | I#288046 | | I | 74.57 | | | 464.43 |
| Sales Transaction | 01/30/2008 | 05:12 | I#289447 | | I | 68.54 | | | 395.89 |
| Sales Transaction | 02/04/2008 | 17:12 | I#290441 | | I | -3.90 | | | 399.79 |
| Released 02/05/2008 | 02/05/2008 | 17:33 | B#266007 | 790969 | W | | | -399.79 | 0.00 |

Page :   1

Date : 07/01/2008

**Account Activity Ledger**

Time : 11:48

From : 04/02/2000   To : 07/01/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2326138 | **Name** COTTONHAM, MARK | | **Block** | | | | **Previous Balance** | | 0.00 |
| intake | 04/02/2008 | 13:05 | B#279350 | 819124 | D | | 735.18 | | 735.18 |
| Sales Transaction | 04/09/2008 | 04:10 | I#302043 | | I | 80.92 | | | 654.26 |
| Sales Transaction | 04/16/2008 | 04:55 | I#303739 | | I | 68.97 | | | 585.29 |
| PROP. REL. FORM. | 04/17/2008 | 10:34 | B#282661 | 826369 | W | | | -500.00 | 85.29 |
| Sales Transaction | 04/23/2008 | 05:11 | I#305021 | | I | 63.40 | | | 21.89 |
| Sales Transaction | 04/30/2008 | 05:24 | I#306249 | | I | 17.10 | | | 4.79 |
| SHIRLEY COTTONHAM CD | 05/02/2008 | 15:44 | B#285957 | 833632 | D | | 500.00 | | 504.79 |
| Sales Transaction | 05/07/2008 | 05:20 | I#307500 | | I | 92.71 | | | 412.08 |
| Sales Transaction | 05/08/2008 | 02:40 | I#307678 | | I | -92.71 | | | 504.79 |
| CDL G0560650 S COTTO | 05/09/2008 | 09:46 | B#287591 | 837206 | D | | 540.00 | | 1044.79 |
| Sales Transaction | 05/14/2008 | 05:11 | I#308684 | | I | 59.73 | | | 985.06 |
| Sales Transaction | 05/21/2008 | 04:52 | I#309920 | | I | 15.70 | | | 969.36 |
| Sales Transaction | 05/28/2008 | 04:02 | I#310817 | | I | 47.19 | | | 922.17 |
| sa cottonham | 06/01/2008 | 01:47 | B#292300 | 847376 | D | | 100.00 | | 1022.17 |
| shirley cottonham | 06/01/2008 | 01:48 | B#292301 | 847378 | D | | 100.00 | | 1122.17 |
| shirley cottonham | 06/01/2008 | 01:49 | B#292302 | 847380 | D | | 100.00 | | 1222.17 |
| shirley cottonham | 06/01/2008 | 01:50 | B#292303 | 847382 | D | | 100.00 | | 1322.17 |
| shirley cottonham | 06/01/2008 | 01:51 | B#292304 | 847384 | D | | 100.00 | | 1422.17 |
| shirley cottonham | 06/01/2008 | 01:52 | B#292305 | 847386 | D | | 100.00 | | 1522.17 |
| shirley cottonham | 06/01/2008 | 01:53 | B#292306 | 847388 | D | | 100.00 | | 1622.17 |
| Sales Transaction | 06/04/2008 | 03:59 | I#312179 | | I | 52.13 | | | 1570.04 |
| Sales Transaction | 06/05/2008 | 02:59 | I#312489 | | I | -52.13 | | | 1622.17 |
| MONEY TO TIMOTHY NOR | 06/09/2008 | 11:22 | B#294101 | 851131 | W | | | -1500.00 | 122.17 |
| Void Chk # 59012 - P | 06/09/2008 | 11:24 | B#294102 | 851133 | W | | | 1500.00 | 1622.17 |
| MONEY TO TIMOTHY NOR | 06/09/2008 | 11:25 | B#294103 | 851135 | W | | | -1500.00 | 122.17 |
| Sales Transaction | 06/11/2008 | 04:30 | I#313160 | | I | 64.35 | | | 57.82 |
| Sales Transaction | 06/18/2008 | 04:36 | I#314491 | | I | 56.10 | | | 1.72 |
| Sales Transaction | 06/25/2008 | 04:09 | I#315408 | | I | 1.41 | | | 0.31 |
| Sales Transaction | 06/26/2008 | 02:34 | I#315853 | | I | -1.41 | | | 1.72 |
| shirley cottonham | 06/27/2008 | 04:12 | B#297764 | 859018 | D | | 100.00 | | 101.72 |
| Shirley Cottonham | 06/27/2008 | 04:12 | B#297765 | 859020 | D | | 100.00 | | 201.72 |
| Shirley Cottonham | 06/27/2008 | 04:13 | B#297766 | 859022 | D | | 100.00 | | 301.72 |

**Deposits** 30 For $ 4,571.81

**Withdraws** 7 For $ -2,517.40

**Invoices** 39 For $ 1,752.69