IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK A. COTTONHAM,                                        No. C 08-3419 VRW

       Plaintiff,

  v.                                                                    **JUDGMENT IN A CIVIL CASE**

SAN FRANCISCO SUPERIOR COURT,

       Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's order of dismissal filed July 23, 2008, judgment in this case shall be entered in favor of defendant and against plaintiff.

Dated: July 23, 2008                                        Richard W. Wieking, Clerk

                                                             By: *Cora Klein*
                                                             <u>Deputy Clerk</u>