UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COTTONHAM

        Plaintiff,

v.

    San Francisco Superior Court, et al,

        Defendant.

Case Number: C08-3419 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Cottonham 2326138
County Jail 1
SF #377495
850 Bryant Street
Hall of Justice
San Francisco, CA 94103

Dated: July 23, 2008

                                  Richard W. Wieking, Clerk
                                  By: Cora Klein, Deputy Clerk

*Cora Klein* (signature)