C08-3419 VRW ✓
C08-3029 VRW
C08-3028 VRW

7-20-08

VRW
FILED
AUG 1 2008
RECEIVED
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO the CLERK of the U.S District Court

My NAME IS MARK A. Cottonham AND on July 1 2008 All of my Court Papers that Ive Recived From the U.S. District Courts was Taken, Right now Ive Got 3 Diffent Application with the U.S District Courts

① CASE NO. CV.08 3419 Filed July 16, 2008 - I Got this one BUT the Other Two the Sheriff Took.

ONE WAS A HABEAS Croupos' AND the other WAS A 1983 FORM -

The HABEAS Croupus WAS AGIST the SAN FRANCISCO COUNTY JAIL 850 BRYANT ST SAN FRANK The Other WAS A 1983 FORM AND that WAS AGIST the SAN FRANCISCO POLICE DEPT Also the Sheriff Dept FOR ENTERING My home with out A WARRENT AND Charging me with 6 Counts of Resting ARREST

CAN you PLEASE SEND ME A COPY OF Thoses TWO FORMS that I Filed WITH YOU BACK IN MAY & JUNE PLEASE

MARK A. Cottonham # 2326138
850 BRYANT STREET
SAN FRANCISCO CA 94103



USA 42

MARC COTTONHAM #2326131
850 BRYANT ST
SAN FRANCISCO CA 94103

To The Clerk of US District Court
450 Golden Gate Ave
SAN FRANCISCO CA 94102-